*In re* EXTENSIÓN DE TÉRMINOS POR MOTIVO DE LA CONCESIÓN DE LOS DÍAS 13 DE ABRIL, 24 DE JULIO, 24 DE NOVIEMBRE y 26 DE DICIEMBRE DE 2017.

*Número:* EM-2016-05          *Resuelto:* 19 de diciembre de 2016

### RESOLUCIÓN

La Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, emitió la Orden Administrativa OAJP-2016-011 de 13 de diciembre de 2016, con el fin de dar continuidad a las medidas de control de gastos adoptadas por la Rama Judicial a partir del año fiscal 2014–2015. Estas medidas incluyen unas fechas de cierres parciales y cierres totales del Tribunal General de Justicia hasta el 31 de enero de 2018. Mediante esta Orden Administrativa, el 13 de abril, 24 de julio, 24 de noviembre y 26 de diciembre de 2017 serán días

---

de cierre total en la Rama Judicial. Durante un cierre total, los Centros Judiciales y otras salas de los Tribunales de Primera Instancia, el Tribunal de Apelaciones y el Tribunal Supremo permanecerán cerrados, con excepción del Consorcio Judicial de Noreste y de los jueces y las juezas de turno que operarán como se acostumbra en un día feriado.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos a los procedimientos y trámites judiciales de los casos y asuntos que han de celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los Arts. 388 y 389 del Código Político de 1902 (1 LPRA secs. 72 y 73), por lo que se considerarán los días 13 de abril, 24 de julio, 24 de noviembre y 26 de diciembre de 2017 como si fueran feriados. Cualquier término que venza durante esos días, se extenderá al siguiente día laboral.

*Se ordena la inmediata difusión pública de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

(*Fdo.*) Juan Ernesto Dávila Rivera
*Secretario del Tribunal Supremo*